

Jeremiah Goodwyn
POST OFFICE BOX 4030
PETERSBURG, VIRGINIA 23803

Ward 7

Spottswood W. Robinson III
Robert R. Merhige, Jr., U.S. Federal Courthouse
701 East Broad Street
Richmond, VA 23219

RICHMOND VA 230
10 MAR 2023 PM 6

US POSTAGE PITNEY BOWES
ZIP 23803 $ 000.60
02 4W
0000371977 MAR 10 2023

INSPECTED

23219-183399