IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JEREMIAH GOODWIN,
    Plaintiff,

v.                                                Civil No. 3:23cv150 (DJN)

CENTRAL STATE HOSPITAL, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Orders entered on April 12, 2023, the Court conditionally docketed Plaintiff's action and directed Plaintiff to complete and sign a 42 U.S.C. § 1983 form. (ECF Nos. 6, 7.) On May 4, 2023, the United States Postal Service returned the April 12, 2023 Memorandum Orders to the Court marked, "RETURN TO SENDER," "NOT DELIVERABLE AS ADDRESSED," and "UNABLE TO FORWARD." (ECF No. 8.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                 /s/
                                             David J. Novak
                                             United States District Judge

Richmond, Virginia
Dated: May 16, 2023